IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CANDICE LLOYD,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-CV-4055 |
| | : | |
| **SALVATION ARMY DIVISIONAL,** | : | |
| **HEADQUARTERS, et al.** | : | |
| Defendant. | : | |

## DEMAND FOR JURY TRIAL

Defendant, through their undersigned counsel, hereby request a trial by twelve (12) jurors pursuant to Fed. R. Civ. Proc. 38.

Dated: August 27, 2002         HEPBURN WILLCOX HAMILTON & PUTNAM, LLP

---

Susan L. White
I.D. No. 46066
HEPBURN WILLCOX HAMILTON & PUTNAM, LLP
1100 One Penn Center
Philadelphia, PA 19103

## **CERTIFICATE OF SERVICE**

I, Susan L. White, Esquire, an attorney in the law firm of Hepburn Willcox Hamilton & Putnam, LLP, Counsel for Plaintiff, hereby certify that I caused true and correct copies of Defendants' Demand for Jury Trial to be served upon the following counsel by regular mail, postage prepaid this 27th day of August, 2002:

>Gregg L. Zeff, Esquire
>Frost & Zeff
>Pier Five at Penn's Landing
>Philadelphia, PA 19106

_____
Susan L. White