IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDICE LLOYD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SALVATION ARMY DIVISIONAL | : | |
| HEADQUARTERS, ET AL. | : | NO. 02-4055 |

### **O R D E R**

AND NOW, this 29th day of August, 2002, it is Ordered a hearing on defendants' motion to dismiss (doc. no 3) is scheduled for **September 26, 2002 at 4:00 p.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 3A, 3rd floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

ATTEST:                    or    BY THE COURT


BY:_____    _____
Deputy Clerk                        Judge

C.V. 12 (4/99)

xc: Susan L. White, Esq.
    Gregg L. Zeff, Esq.