```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CANDICE LLOYD                    :      CIVIL ACTION
                                 :
        v.                       :
                                 :
SALVATION ARMY DIVISIONAL        :
HEADQUARTERS, ET AL.             :      NO. 02-4055
```

## **O R D E R**

AND NOW, this 18th day of September, 2002, it is Ordered that the hearing on defendants' motion to dismiss and pretrial conference scheduled for September 26, 2002 are **continued** to **October 16, 2002 at 4:00 p.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 3A, 3rd floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

```
    ATTEST:                    or     BY THE COURT


    BY:_____            _____
    Deputy Clerk                      Judge
```

C.V. 12 (4/99)

xc: Gregg L. Zeff, Esq.
    Susan L. White, Esq.