```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CANDICE LLOYD | : | CIVIL ACTION |
| v. | : | |
| THE SALVATION ARMY | : | No. 02-4055 |

## NOTICE OF DISCOVERY CONFERENCE

TO RESPONDING PARTY:

    1.  A motion to compel discovery (the "Motion") has been filed by Defendant. The Motion[1] claims you have failed to either respond or object to a discovery request on a timely fashion.

    2.  The Court has scheduled a telephone conference to discuss the Motion(s) on **March 5, 2003** at **9:15 a.m.**  The moving party is to initiate the call and call chambers (215-597-4073) once the responding party is on the line.

    3.  You may file a response to the Motion with a copy delivered to chambers within forty-eight (48) hours prior to the date of the conference.

    4.  If you produce the requested discovery prior to the date of the conference, upon notice to the Court, by the moving party that the discovery dispute has been resolved the conference will be canceled and the Motion will be denied as moot. Any request for counsel fees by the moving party will be considered at the conclusion of the litigation.

---

1. Defendant's motion to compel responses to discovery (doc. no. 14)

5.   If you fail to produce the requested discovery on or before the date of the telephone conference, and in the event the Court grants the Motion, sanctions may be imposed upon you, including costs and counsel fees.  Fed. R. Civ. P. 37.

6.   This Notice shall serve as notice to all parties.

ATTEST:                                or      BY THE COURT

BY:_____           _____
        Deputy Clerk                              Judge

**DATE**: February 26, 2003

faxed to: Donnamarie Davis, Esq.
          Gregg L. Zeff, Esq.
          Susan L. White, Esq.