```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CANDICE LLOYD,                   :        CIVIL ACTION
                                 :
          v.                     :
                                 :
SALVATION ARMY                   :
DIVISIONAL HEADQUARTERS,         :        NO. 02-4055
```

## **O R D E R**

AND NOW, this 5th day of **March 2003,** it is Ordered at the request of counsel, the Telephone Conference initially scheduled on March 5, 2003 is **RESCHEDULED on March 14, 2003 at 9:00.**

```
     ATTEST:                    or      BY THE COURT


     BY:_____           _____
     Deputy Clerk                           Judge
```

C.V. 12 (4/99)

cc via Fax:

Donnamarie Davis, Esq.
Gregg L. Zeff, Esq.
Susan L. White, Esq.